

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* JAMES D. CASTRO, Petitioner-Appellant.

(No. 57272; 

First District (5th Division)—March 30, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, (James B. Haddad, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and William D. Wolter, Assistant State's Attorneys, of counsel,) for the People.